Christopher D. Banys (State Bar No. 230038)
Richard C. Lin         (State Bar No. 209233)
Jennifer L. Gilbert    (State Bar No. 255820)
cdb@banyspc.com
rcl@banyspc.com
jlg@banyspc.com
**BANYS, P.C.**
1032 Elwell Court, Suite 100
Palo Alto, California 94303
Telephone:  (650) 308-8505
Facsimile:   (650) 353-2202

Stephen R. Risley
(Admitted Pro Hac Vice)
Georgia Bar No.606545
**SMITH RISLEY TEMPEL SANTOS LLC**
Two Ravinia Drive, Suite 700
Atlanta, GA 30346
Telephone: (770) 709-0022
Facsimile: (770) 804-0900
Email: srisley@srtslaw.com

Attorneys for Declaratory Judgment Defendant and
Counter-Plaintiff, ExoTablet Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL and ASUSTEK COMPUTER INC., <br><br> Declaratory Judgment Plaintiffs and Counter-Defendants, <br><br> v. <br><br> EXOTABLET LTD, <br><br> Declaratory Judgment Defendant and Counter-Plaintiff. | Case No. 4:14-cv-01743-PJH <br><br> **DECLARATORY JUDGMENT DEFENDANT EXOTABLET'S ANSWER TO DECLARATORY JUDGMENT PLAINTIFFS' COUNTERCLAIMS** |

Declaratory Judgment Defendant and Counter-Plaintiff ExoTablet Ltd. ("ExoTablet"), by and through its undersigned attorneys, hereby answers Declaratory Judgment Plaintiffs ASUS Computer International and ASUSTek Computer Inc.'s (collectively "ASUS") Counterclaims filed on June 11, 2014 (Dkt. 27), as follows.

## COUNTERCLAIMS

## PARTIES

75. ExoTablet lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the Counterclaims and, therefore, denies these allegations.

76. ExoTablet lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76 of the Counterclaims and, therefore, denies these allegations.

77. Admitted.

## JURISDICTION AND VENUE

78. Admitted.

79. Admitted.

## COUNT I

**(Declaratory Judgment of Invalidity of U.S. Patent 7,477,919)**

80. ExoTablet incorporates by reference and realleges all of the preceding statements and paragraphs of this Answer as if set forth herein.

81. ExoTablet admits that an actual controversy exists between Plaintiffs and ExoTablet as to the validity of the '919 patent. ExoTablet denies the legal and factual sufficiency of Plaintiffs' counterclaims and allegations. ExoTablet denies any other remaining allegation of paragraph 81 of the Counterclaims.

## COUNT II

**(Declaratory Judgment of Non-Infringement of U.S. Patent 7,477,919)**

82. Admitted.

1  83. ExoTablet admits that an actual controversy exists between Plaintiffs and ExoTablet as to Plaintiffs' infringement of the '919 patent. ExoTablet denies the legal and factual sufficiency of Plaintiffs' counterclaims and allegations. ExoTablet denies any other remaining allegation of paragraph 83 of the Counterclaims.

## GENERAL DENIAL

84. Anything in Plaintiffs' Counterclaims not expressly admitted herein is denied.

## RESPONSE TO PLAINTIFFS' PRAYER FOR REFLIEF

85. ExoTablet need not respond to Plaintiffs' Prayer for Relief. To the extent a response is deemed necessary, ExoTablet denies that Plaintiffs are entitled to any of the relief sought in Plaintiffs' Prayer for Relief. Plaintiffs' prayer should therefore be denied in its entirety and with prejudice.

## AFFIRMATIVE DEFENSES

86. ExoTablet asserts the following affirmative defenses. In addition to the defenses set forth below, ExoTablet reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, in law or in equity, which may now exist or in the future may become available due to discovery and further factual investigation.

## FIRST AFFIRMATIVE DEFENSE
### (Infringement)

87. Plaintiffs' PadFone X directly and indirectly infringes one or more claims of the '919 Patent, literally or under the doctrine of equivalents.

## SECOND AFFIRMATIVE DEFENSE
### (Not Invalid)

88. No claim of the '919 patent is invalid.

## THIRD AFFIRMATIVE DEFENSE
### (Failure To State A Claim)

89. The Counterclaims fail to state a claim upon which relief may be granted.

### FOURTH AFFIRMATIVE DEFENSE

### (Legal and Equitable Estoppel)

90. Plaintiffs' Counterclaims are barred by the legal and equitable doctrines of estoppel.

### FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

91. Plaintiff's Counterclaims are barred by the equitable doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

92. Plaintiff's Counterclaims are barred, in whole or in part, under the doctrine of unclean hands.

### PRAYER FOR RELIEF

WHEREFORE, ExoTablet prays for judgment and seeks relief against ASUS as follows:

A. That all relief requested by ExoTablet in its Answer and Counterclaim be granted.

B. That all relief requested by ASUS in its Complaint and Counterclaims be denied and that ASUS take nothing by way of Complaint and Counterclaims.

C. That ASUS' Complaint and Counterclaims be dismissed in their entirety with prejudice.

D. That the Court grants ExoTablet further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), ExoTablet demands a trial by jury of all issues triable of right by a jury.

| | | |
|---|---|---|
| 1 | Dated: July 2, 2014 | Respectfully submitted, |
| 2 | | By: /s/ *Stephen R. Risley* |
| | | Stephen R. Risley |
| 3 | | |
| 4 | | BANYS, P.C. |
| | | Christopher D. Banys (State Bar No. 230038) |
| 5 | | Richard C. Lin           (State Bar No. 209233) |
| | | Jennifer L. Gilbert      (State Bar No. 255820) |
| 6 | | 1032 Elwell Court, Suite 100 |
| | | Palo Alto, CA  94303 |
| 7 | | Tel:  (650) 308-8505 |
| | | Fax:  (650) 353-2202 |
| 8 | | cdb@banyspc.com |
| | | rcl@banyspc.com |
| 9 | | jlg@banyspc.com |
| 10 | | Stephen R. Risley |
| | | (Admitted Pro Hac Vice) |
| 11 | | Georgia Bar No.606545 |
| | | **SMITH RISLEY TEMPEL SANTOS LLC** |
| 12 | | Two Ravinia Drive, Suite 700 |
| | | Atlanta, GA 30346 |
| 13 | | Telephone: (770) 709-0022 |
| | | Facsimile: (770) 804-0900 |
| 14 | | Email: srisley@srtslaw.com |
| 15 | | Attorneys for Declaratory Judgment Defendant and Counter-Plaintiff, |
| 16 | | ExoTablet Ltd. |

EXOTABLET'S ANSWER TO COUNTERCLAIMS                    4                    CASE NO. 4:14-CV-01743-PJH