UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL et al.,

        Plaintiff(s),

    v.

EXOTABLET LTD.,

        Defendant(s).
_____/

No. C 14-1743 PJH

**SCHEDULING ORDER**

    As the parties were apparently unable to agree on dates for pre-claim construction events, the court adopts the proposal of EXOTABLET.

    **IT IS SO ORDERED.**

Dated: September 26, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge