UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASUS COMPUTER INTERNATIONAL, et al.,

        Plaintiffs,

    v.

EXOTABLET LTD,

        Defendant.

Case No. 14-cv-1743-PJH

**ORDER RE FURTHER STATUS STATEMENT**

Per the request in the parties' letter dated July 13, 2016, the court will defer setting a further case management conference at this time. However, the parties are hereby directed to file a further status statement by September 16, 2016, if no dismissal has been filed by that date.

**IT IS SO ORDERED.**

Dated:  July 18, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge